# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TERRY LAFFERTY,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:19-cv-343

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. #8) is **ADOPTED** in full; (2) the Commissioner's motion to dismiss, or alternatively, for summary judgment (doc. 5) is **GRANTED**; and (3) that this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

Date:  April 7, 2020

*s/Thomas M. Rose
Thomas M. Rose
United States District Judge